UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Oscar M.-S., | Case No. 21-cv-1341 (WMW/JFD) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Merrick B. Garland, Alejandro Mayorkas, Tae D. Johnson, Marcos Charles, and Joel Brott, | |
| Respondents. | |

---

Before the Court is the June 28, 2022 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty.  (Dkt. 34.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.  Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.The June 28, 2022 R&R, (Dkt. 34), is **ADOPTED**.

2.Petitioner Oscar M.-S.'s petition for a writ of habeas corpus, (Dkt. 1), is **DENIED AS MOOT**.

3.This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge